NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES CONRAD GRIFFIN,     )
     )
     Appellant,     )
     )
v.     )     Case No. 2D18-3852
     )
STATE OF FLORIDA,     )
     )
     Appellee.     )
     )

Opinion filed November 27, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Rachael E. Reese of O'Brien
Hatfield, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

     Affirmed.

LaROSE, LUCAS, and ATKINSON, JJ., Concur.